

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2022

No. 04-22-00290-CV

Lorenza **MATA**,
Appellant

v.

Paul **MORENO** and Mayra Moreno,
Appellees

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CVW1900393
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant seeks to appeal a judgment signed on March 30, 2021. The clerk's record was filed on August 4, 2022. After reviewing the record, it appears that the judgment does not dispose of all claims in dispute between the parties. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) ("[W]hether a judicial decree is a final judgment must be determined from its language and the record in the case."). Specifically, it appears the judgment does not dispose of a counterclaim asserted in appellant's March 24, 2021 first amended answer. No severance order appears in the record, and the judgment does not state that it disposes of all parties and all claims. *See id.* at 206.

A judgment that does not dispose of all parties and causes of action is not final and appealable. *See id.* at 195; *Ne. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Nevertheless, we may treat the notice of appeal as prematurely filed and allow appellant time to present this court with a supplemental clerk's record that includes a final, appealable order or judgment. *See* TEX. R. APP. P. 27.2; *Lehmann*, 39 S.W.3d at 206; *Iacono v. Lyons*, 6 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 1999, no pet.) (per curiam).

We therefore **ABATE** this appeal and **REMAND** this cause to the trial court. We **ORDER** appellant to ensure that a supplemental clerk's record with a final, appealable judgment or order is filed in this court **by September 6, 2022**. If appellant fails to cure the jurisdictional defect as ordered, we will reinstate this appeal and dismiss it for want of jurisdiction without further notice. *See* TEX. R. APP. P. 42.3(a). All other appellate deadlines are suspended pending our determination of whether we have jurisdiction over this appeal.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2022.

MICHAEL A. CRUZ, Clerk of Court